CA 06 54L

| Attorney or Appellant Name, Address , Telephone, and Fax Number | FOR COURT USE ONLY |
|---|---|
| Kevin D. Heitke, Esq.<br>POB 556<br>1452 Broncos Hwy., Ste. 203<br>Harrisville, RI 02830-0556<br>401.567.0219<br>401.567.0799 FAX<br>*Attorney for Appellant* | |
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF RHODE ISLAND** | |
| In re: NEWPORT CREAMERY, INC.<br>Debtor (s) | |
| Debtor's Social Security No(s). | CHAPTER 7<br>CASE NUMBER 01-13196 |
| Employer's Tax Identification Nos. [if any] | ADVERSARY NUMBER 02-1025 |

## NOTICE OF APPEAL

1. NOTICE IS HEREBY GIVEN that the (check only one box) ☐ plaintiff ☑ defendant or ☐ other party (specify name of party) Rhumbline Partners, L.L.C., appeals under 28 U.S.C. section 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe judgment, order or decree) Order denying Motion to Extend Time to file responses to Req. for Admissions entered in this adversary proceeding or other proceeding (describe other proceeding) ____________ on the 6th day of January, (year) 2006.

2. The names of all parties to the judgment, order, or decree appealed from and the names, addresses, telephone, and fax numbers of their respective attorneys are as follows:

   (Print or type names, addresses, telephone, and fax numbers)

| Party | Attorney |
|---|---|
| Rhumbline Partners, LLC | Kevin D. Heitke, Esq.<br>POB 556<br>1452 Broncos Hwy., Ste. 203<br>Harrisville, RI 02830-0556<br>401.567.0219<br>401.567.0799 Fax |
| Newport Creamery, Inc. | John Boyajian, Esq.<br>BOYAJIAN, HARRINGTON & RICHARDSON<br>182 Waterman Street<br>Providence, RI 02906<br>401.273.9600<br>401.273.9605 FAX |

**CONTINUED ON NEXT PAGE**

Notice of Appeal - Page Two (2)

**Form 17**

| In re (SHORT TITLE) | CHAPTER 7 |
|---|---|
| NEWPORT CREAMERY, INC. Debtor. | CASE NUMBER 01-13196 |

Dated: January 16, 2006

/s/ Kevin D. Heitke

Signature (*Attorney for Appellant or Appellant if not represented by an Attorney*)

(Print or type name, address, telephone and fax numbers)

Kevin D. Heitke, Esq.
POB 556
1452 Broncos Hwy., ste. 203
Harrisville, RI 02830-0556
401.567.0219
401.567.0799 FAX

**If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. section 158 (c), to have the appeal**

## PROOF OF SERVICE

STATE OF RHODE ISLAND
COUNTY OF ___PROVIDENCE___

1. I am employed in the County of ___PROVIDENCE___, State of Rhode Island. I am over the age of 18 and not a party to the within action. My business address is as follows:

2. **Regular Mail Service:** On ___JANUARY 16, 2006___, I served the documents described as: NOTICE OF APPEAL on the interested parties at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at ___HARRISVILLE___, Rhode Island, addressed as set forth below.

☐ Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:

MICHELLE HARTER
*Type Name*

/s/ Michelle M. Harter
*Signature*
Michelle M. Harter