CA 06 54L

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

**APPEAL COVER SHEET**

1. BK. #01-13196, AP 02-1025 [CA] #
2. Title of Bankruptcy Case Newport Creamery, Inc.
   AP: Andrew S. Richardson v. John T. Sheehan , et al.
3. Appellant: Rhumbline Partners, LLC
   Name & Address of Counsel for Appellant(s):
   Kevin D. Heitke, 1452 Broncos Highway, Suite 203, PO Box 556
   Harrisville, RI 02830, (401) 567-0219
4. Appellee: Andrew S. Richardson, Chapter 7 Trustee
   Name & Address of Counsel for Appellee(s):
   John Boyajian, Boyajian, Harrington & Richardson, 182
   Waterman Street, Providence RI 02906, (401) 273-9600
5. Additional Counsel:
   Office of the U. S. Trustee, 10 Dorrance Street,
   Providence, RI 02903 (401) 528-5551
6. Related Case(s) on Appeal: Yes X No
7. Special Comments: Please see 03-395L