**_UNITED STATES DISTRICT COURT_**
**_District of Rhode Island_**

**MEMORANDUM**

To: Judge Ronald R. Lagueux

From: Clerk's Office

Date: 2/2/06

Re: Related Case

---

The attached new case has been conditionally assigned to you because counsel has indicated on the cover sheet it is related to:

CA 03-395L

If this new case is not related to the above captioned case, please return the file to the Clerk's Office for random reassignment.