CA 06 54 L

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

IN RE: NEWPORT CREAMERY, INC.: BK No: 01- 13196
CHAPTER 7

Andrew Richardson, Trustee
Plaintiff

Vs. A.P. No. 02-1025

John T. Sheehan, Jr., Executor of the Estate of John O'Brien, James T. Connell and Rhumbline Partners, LLC
Defendants

**MOTION FOR LEAVE TO APPEAL INTERLOCUTORY JUDGMENT/ORDER OF JANUARY 6, 2006**

Now comes Defendant, Rhumbline Partners, LLC ( hereinafter" Defendant") and hereby, pursuant F.R.B.P. Rules 8001 and 8003 moves this Honorable Court for leave to appeal under to 28 U.S.C. §158(a). Defendant bases its Motion upon the attached Memorandum.

WHEREFORE, based upon the instant Motion and the attached Memorandum, Defendant, Rhumbline Partners, LLC, respectfully requests that its Motion for Leave to Appeal be granted, along with any further relief that this Court deems meet and just under the circumstances.

Granted:
Ronald R. Lagueux
Sr. USDJ
4/10/06

RHUMBLINE PARTNERS, LLC
By its Attorney,

/s Kevin D. Heitke
Kevin D. Heitke - #4293
1452 Broncos Hwy., Ste. 203
P.O. Box 556

1