UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

- - - - - - - - - - - - - - - - -x

| | |
|---|---|
| In re:<br>Newport Creamery, Inc.<br>Debtor(s) | BK No. 01-13196<br>Chapter 7 |
| Andrew S. Richardson<br>Trustee<br>Plaintiff(s), | |
| v. | Adversary No. 02-1025 |
| John T. Sheehan, et al.<br>Defendant(s) | |

- - - - - - - - - - - - - - - - -x

**ORDER DISMISSING APPEAL [Doc.# 222]**

On May 31, 2006, the Court issued an Order to Show Cause why the appeal [Doc.#222, CA No. 06-54L] should not be dismissed, or other appropriate action taken, for failure to comply with this Court's notice of defective appellate document. The Appellant was required to respond to the order no later than June 12, 2006, the failure of which would result in the automatic dismissal of the within appeal pursuant to District Court Local Rule 109(f)(5). As of this date, the Appellant has failed to comply with the Order to Show Cause, and accordingly, consistent therewith, it is hereby ORDERED that the appeal [Doc.#222] is **DISMISSED**.

ORDER:

H. D'Agostino

Deputy Clerk

ENTER:

[signature]

Arthur N. Votolato
U.S. Bankruptcy Judge
Date: 6/19/07

Entered on Docket: 295